IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-17-0480 |
| | * | |
| KE "JACK" ZHANG, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorney, Erek L. Barron, United States Attorney for the District of Maryland, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On February 7, 2018, the United States filed a Superseding Indictment charging Ke "Jack" Zhang (the "Defendant") with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 (Count One), and Visa Fraud, in violation of 18 U.S.C. § 1546(a) (Count Two). ECF No. 52.

2. The Superseding Indictment also included a forfeiture allegation, which provided notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 982(a)(6) and 28 U.S.C. § 2461, upon conviction of the Defendant of the offenses alleged in Counts One or Two of the Superseding Indictment.

3. On March 4, 2020, the Defendant pled guilty to the offense alleged in Count Two of the Superseding Indictment. ECF. No. 151. As part of his guilty plea, the Defendant agrees to forfeit to the United States all right, title, and interest in the following items that the Defendant

1

agreed constitute money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's offense:

(a) 7281 Chinese Yuan and assorted foreign currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003260);
(b) $9,481 in U.S. Currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003261);
(c) $377 in U.S. Currency seized from the Defendant on November 29, 2017 (Asset ID: 18-CBP-000189);
(d) $1,861.46 in funds seized from Bank of America account x1244 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002783);
(e) $1,861.41 in funds seized from Capital One account x1728 in the name of "TY" or "HL" (Asset ID: 18-ICE-002796);
(f) $513.39 in funds seized from Capital Bank account x1018 in the name of "CM Equip LLC" (Asset ID: 18-ICE-002797);
(g) $2966.04 in funds seized from Capital One account x3037 in the name of "Rinchenmo Wealth Management USA LLC" (Asset ID: 18-ICE-002798);
(h) $1,042.76 in funds seized from Capital Bank account x7711 in the name of "CM Equip LLC" (Asset ID: 18-ICE-002799);
(i) $47,510.49 in funds seized from Capital Bank x7718 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002800); and
(j) $100,033.43 in funds from Capital One Account Close Out Cashier's Check Number 50942, issued on or about November 16, 2017, closing out account x1876 in the name of "American Melin Corp" (Asset ID: 18-ICE-002801)

(collectively, the "Subject Property").

4. Pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture with respect to the Subject Property.

5. Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States shall publish, for thirty (30) consecutive calendar days on the government forfeiture website www.forfeiture.gov, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and notice that any person, other than the Defendant, having or claiming a legal interest in the Subject Property must file a petition with the Court

within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier.

6. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Subject Property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

8. The United States also seeks authority to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, pursuant to Rule 32.2(b)(3) and (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

WHEREFORE, the United States requests that this Court:

(a) enter the Preliminary Order of Forfeiture in the form submitted herewith;

(b) include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the Defendant's sentence;

(c) retain jurisdiction for the purpose of enforcing the forfeiture; and

(d) incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4).

    Respectfully submitted,

    Erek L. Barron  
    Acting United States Attorney

By:   /s/_____  
    P. Michael Cunningham  
    Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion for Preliminary Order of Forfeiture, as well as the proposed Preliminary Order of Forfeiture, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                /s/
                                                P. Michael Cunningham
                                                United States Attorney